**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6517

ANDRE RAYMOND VINES,

                 Petitioner - Appellant,

        v.

BRYAN WATSON, Warden, Wallens Ridge State Prison,

                 Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:07-cv-01274-CMH-TRJ)

Submitted:  August 21, 2008        Decided:  August 26, 2008

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Andre Raymond Vines, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Raymond Vines seeks to appeal the district court's dismissal without prejudice of his 28 U.S.C. § 2254 (2000) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The district court's order indicated that the habeas petition was dismissed without prejudice due to Vines' failure to show cause why his claims were not procedurally defaulted or time-barred. See Fed. R. Civ. P. 41(b). This order is neither a final order nor an appealable interlocutory or collateral order, as Vines can cure the relevant defect by filing an amended petition addressing these matters. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED